

# NUMBER 13-22-00352-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ANGEL HERRERA,**                                                 **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                             **Appellee.**

---

### On appeal from the 139th District Court
### of Hidalgo County, Texas.

---

## ORDER OF ABATEMENT

### Before Benavides, Tijerina, Peña
### Order Per Curiam

This appeal is before the Court on its own motion. On January 31, 2023, court reporter Mark Kvapil, informed the Clerk of the Court via email that state's exhibit 100 is unable to be opened and that state's exhibit 7 was lost during trial. On February 2, 2023, court reporter Mark Kvapil, further informed the Clerk of the Court via a telephone conversation that state's exhibit 100 was defective and could not be opened. Due to this

information, it appears portions of the reporter's record may be lost, missing, or destroyed.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 35.3(b), (c). Accordingly, this appeal is abated and the cause remanded to the trial court. The trial court shall cause a hearing to be held to determine if the reporter's record, specifically state's exhibits 7, 100, and 106, or any other part thereof, is missing, lost, or destroyed. Furthermore, the court is instructed to make findings under Texas Rule of Appellate Procedure 34.6(f), if necessary. *See* TEX. R. APP. P. 34.6(f). Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall cause its findings, together with any orders it may enter, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).


Delivered and filed on the
15th day of February, 2023.

2